WESTERN DIST.
October, 1836.

THOMAS
vs.
CRAWFORD.

---

THOMAS vs. CRAWFORD.

APPEAL FROM THE COURT OF THE SIXTH JUDICIAL DISTRICT, THE JUDGE OF THE FIFTH PRESIDING.

Where a case turns on a mere question of fact, and the evidence does not support the defence, judgment for the plaintiff will be affirmed.

This suit is instituted on two promissory notes, amounting to four hundred and forty-six dollars, with interest, executed by Margaret Crawford, " as widow of R. F. Crawford,. deceased, and tutrix of her minor children." The plaintiff also claimed two small accounts, for money paid on account of the said widow and heirs. He prays judgment for the aggregate sum of four hundred and eighty-nine dollars.

The defendant admitted the execution of the notes sued on, but pleaded a general denial to the allegations in the petition. She also averred that the notes in question were given in error, and set up an account between her late husband and the plaintiff, to show that nothing was owing to the latter.

Testimony was introduced on this issue, from all of which, the district judge concluded the defence was not sustained. Judgment was rendered in favor of the plaintiff, and the defendant appealed.

*Thomas*, in propriâ personâ.

*Spaulding* and *Dunbar*, contra.

*Martin, J.*, delivered the opinion of the court.

The defendant sued on two promissory notes, resisted the
plaintiff's claim, on an allegation that they were given in    NICHOLS
error, and through misrepresentation.    There was judgment    *vs.*
against her, and she appealed.    ALSOP.

The case turns on a mere question of fact, and a close    Where a case
examination of the evidence has satisfied us, that the district    turns on a mere
judge correctly concluded, that the allegation set up in the    and the evidence
defence was not supported.    the    defence,
judgment for the
plaintiff will be
It is, therefore, ordered, adjudged and decreed, that the    affirmed.
judgment of the District Court be affirmed, with costs.